In the Matter of the Arbitration between AMERICAN RAIL & STEEL Co., Appellant, and INDIA SUPPLY MISSION (GOVERNMENT OF INDIA), Respondent.

Submitted January 17, 1955; decided January 20, 1955.

*Howard Hilton Spellman* for motion.
*Milton E. Canter* opposed.

Motion denied. Appellant directed to serve and file a brief, if any, on or before February 1, 1955. Case set down for argument during the February, 1955, session of the Court of Appeals (*County of Erie* v. *Continental Cas. Co.*, 295 N. Y. 690).